# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROGER VON EVANS,

    Plaintiff,

v.                                    CASE NO. 5:17cv121-MCR/GRJ

RICHARD JOHNSON, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 27, 2017. ECF No. 4. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Leave to proceed as a pauper, ECF No. 2, is DENIED.

3. This case is **DISMISSED** without prejudice for abuse of the judicial process and for failure to state a claim upon which relief may be granted.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of May, 2017.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**